# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

GINGER WIERENGA,

      Plaintiff,

v.         Case No. 5:24-cv-431-JRK

LELAND C. DUDEK,
Acting Commissioner of Social
Security, [1]

      Defendant.

_____/

## O R D E R

Pursuant to the Parties' Stipulation to Remand to the Commissioner for an Award of Benefits (Doc. No. 25), filed February 19, 2025, this matter is hereby **REVERSED and REMANDED** to the Acting Commissioner under 42 U.S.C. § 405(g). Upon remand, Plaintiff agrees to amend her alleged disability onset date to March 31, 2022, and the Commissioner agrees that the Appeals Council will issue a fully favorable decision on her Title II (DIB) claim. Plaintiff's Title XVI (SSI) award will remain in effect.

---

[1] Leland C. Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Dudek is substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The **Clerk** shall **enter judgment** accordingly and close the file.

**DONE AND ORDERED** in Jacksonville, Florida on April 1, 2025.

                                              JAMES R. KLINDT
                                      United States Magistrate Judge

kaw
Copies:
Counsel of Record